# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION

Ronnie Jones,

        Plaintiff,　　　　　　**JUDGMENT IN A CIVIL CASE**

Vs.

David C. Gressette,　　　　　　Case Number: 2:06cv982-PMD

        Defendant.

[X] **Decision on the Record.** This action came before the court on the record.

**IT IS ORDERED the sum of $259,047.67 shall be entered as a judgment in favor of Ronnie Jones against David C. Gressette.**



LARRY W. PROPES, Clerk

s/Melissa Newman
_____
(BY) DEPUTY CLERK

December 15, 2008